UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. Bento Tucker (a/k/a "Bentl Tucker")   Crim. No. 09-880,   SBI#   000562802C**

## PETITION FOR WRIT OF HABEAS CORPUS

1. BENTO TUCKER (a/k/a "Bentl Tucker") is now confined at Southern State Correctional Facility, 4295 Route 47, Delmont, New Jersey 08314.
2. Said individual will be required at NEWARK, New Jersey, before the Hon. Susan D. Wigenton, United States District Judge **on Monday, March 27th, 2017, at 10:30 a.m.**, for a **VIOLATION OF SUPERVISED RELASE HEARING.**   A Writ of Habeas Corpus should be issued for that purpose.

DATED: March 23, 2017

FRANCIS CAVANAGH
SPECIAL ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: March 23, 2017

HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Somerset County Jail, Somerville, New Jersey

WE COMMAND YOU that you have the body of

**BENTO TUCKER (a/k/a "Bentl Tucker")**

now confined at the Southern State Correctional Facility, Delmont, New Jersey, be brought before the United States District Court, the Honorable Susan D. Wigenton, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on Monday, March 27th, 2017 at 10:30 a.m., so that he may appear for a **VOSR HEARING** in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: 3/23/17

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk